DEVIN M. SENELICK (State Bar No. 221478)
E-Mail: dsenelick@health-law.com
JONATHAN H. SHIN (State Bar No. 287602)
E-Mail: jshin@health-law.com
BRIDGET A. GORDON (State Bar No. 287098)
E-Mail: bgordon@health-law.com
**HOOPER, LUNDY & BOOKMAN, P.C.**
1875 Century Park East, Suite 1600
Los Angeles, California 90067-2517
Telephone: (310) 551-8111
Facsimile: (310) 551-8181

Attorneys for Cedars-Sinai Medical Center

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CEDARS-SINAI MEDICAL CENTER, a California non-profit public benefit corporation,<br><br>            Plaintiff,<br><br>vs.<br><br>THE EMBASSY OF THE STATE OF KUWAIT,<br><br>            Defendant. | Case No. 2:17-cv-06752 PA (AFMx)<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**<br><br>The Hon. Percy Anderson<br><br>Trial Date:        None Set |

**TO THE COURT, ALL PARTIES AND TO THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that, pursuant to F.R.Civ.P. 41(a)(1)(A)(i), this action is dismissed with prejudice by Plaintiff in its entirety.

Dated: May 9, 2018　　　　　　　　　HOOPER, LUNDY & BOOKMAN, P.C.


By:　　/s/ Bridget A. Gordon
　　　　BRIDGET A. GORDON
Attorneys for Cedars-Sinai Medical Center

HOOPER, LUNDY & BOOKMAN, P.C.
1875 CENTURY PARK EAST, SUITE 1600
LOS ANGELES, CALIFORNIA 90067-2517
TEL: (310) 551-8111 • FAX: (310) 551-8181